IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**KENNETH BERRY**,

No. 6:15-cv-00559-PK

Petitioner,

OPINION AND ORDER

v.

**JEFF PREMO,**

Respondent.

**MOSMAN, J.**,

On July 12, 2016, Magistrate Judge Papak issued his Findings and Recommendation [21], recommending Petitioner's Petition for Writ of Habeas Corpus [1] should be DENIED with prejudice. Judge Papak recommended I issue a certificate of appealability. Petitioner objected [23] and Respondent responded [24].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation and I ADOPT the F&R [21]

as my own opinion.

IT IS SO ORDERED.

DATED this __4th__ day of August, 2016.


/s/ Michael W. Mosman_____
MICHAEL W. MOSMAN
Chief United States District Judge

2 – OPINION AND ORDER